UNITED COLLECTION BUREAU, INC.
5620 SOUTHWYCK BLVD SUITE 206
TOLEDO OH 43614

July 26, 2021

CHANA POSNER
580 CROWN ST APT 513
BROOKLYN NY 11213-5358

| | |
|---|---|
| Creditor: | CITIBANK, N.A. |
| Regarding: | CITI MASTERCARD |
| Last Four Digits of Creditor Account Number: | 5559 |
| United Collection Bureau, Inc. Reference Number: | 56500500 |
| Account Balance: | $3292.59 |

Dear CHANA POSNER:

This communication is in regard to your CITI MASTERCARD account.

Unless you dispute the validity of this debt or any portion thereof, please make your payment to Citibank at the remit address below or call our office for arrangements.

The below is an itemized accounting of the debt as required by state statute:

| | |
|---|---|
| Original Creditor: | CITIBANK, N.A. |
| Total of debt due at charge-off: | $3487.08 |
| Total of interest post charge-off: | $0.00 |
| Total of non-interest charges/fees post charge-off: | $194.49 |
| Total of other credits post charge-off: | $0.00 |
| Total of payments post charge-off: | $0.00 |
| Total of NSFs/other debits post charge-off: | $0.00 |

You may call our office toll free at 1-844-280-7657, or if you require Telecommunication Relay Service (TRS), please dial 711. Please refer to reference number 56500500.

 Pay online: CONSUMERVIEW.UCBINC.COM      Speak with a representative: 1-844-280-7657

This is an attempt to collect a debt by United Collection Bureau, Inc., a debt collector, and any information obtained will be used for that purpose.

**Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.**

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

76CU027000CDNNY

**PLEASE RETURN THIS PORTION WITH PAYMENT. DO NOT ATTACH CHECK TO STUB**
**PLEASE MAKE YOUR PAYMENT PAYABLE TO CITIBANK.**

PO BOX 140310
TOLEDO OH 43614

ADDRESS SERVICE REQUESTED

| | |
|---|---|
| Creditor: | CITIBANK, N.A. |
| Regarding: | CITI MASTERCARD |
| Last Four Digits of Creditor Acct. Number: | 5559 |
| Account Balance: | $3292.59 |
| United Collection Bureau, Inc. Reference No: | 56500500 |
| United Collection Bureau, Inc. Telephone No: | 1-844-280-7657 |

————— REMIT TO: —————

United Collection Bureau, Inc.
PO BOX 140310
TOLEDO OH 43614

July 26, 2021

CHANA POSNER
580 CROWN ST APT 513
BROOKLYN NY 11213-5358



UNITED COLLECTION BUREAU, INC.
5620 SOUTHWYCK BLVD SUITE 206
TOLEDO OH 43614                                            1-844-280-7657

CHANA POSNER
580 CROWN ST APT 513
BROOKLYN NY 11213-5358

| | |
|---|---|
| Creditor: | CITIBANK, N.A. |
| Regarding: | CITI MASTERCARD |
| Last Four Digits of Creditor Account Number: | 5559 |
| United Collection Bureau, Inc. Reference Number: | 56500500 |
| Account Balance: | $3292.59 |

Dear CHANA POSNER:

This communication is in regard to your CITI MASTERCARD account.

Great News!!! United Collection Bureau, Inc. acting on behalf of CITIBANK, N.A., is offering you the following settlement offers:

### SETTLEMENT PLAN OPTIONS

**Option #1**   A lump sum payment of $856.07 to settle the account, if received by 09-24-2021.
(Refer to plan 9872080)

**Option #2**   A settlement of $1,020.70 in six payments. The first payment of $170.10 is to be received by the 24th of this month and five additional payments of $170.12 are to be received by the 24th of each month.
(Refer to plan 9872081)

Upon the timely receipt of the entire agreed upon settlement amount and clearance of funds, this account will be settled and United Collection Bureau, Inc. will report the settlement to your creditor. We are not obligated to renew these offers.

### HOW TO TAKE ADVANTAGE OF ONE OF THE SETTLEMENT PLAN OFFERS???
### 3 Easy Ways to Pay:

- You may call our office toll free at 1-844-280-7657, or if you require Telecommunication Relay Service (TRS), please dial 711. Please refer to reference number 56500500.
- Mail the bottom tear off portion of this letter and return with your payment. On the reverse side you can select your settlement option.

   Pay online: CONSUMERVIEW.UCBINC.COM       Speak with a representative: 1-844-280-7657

If for any reason you are unable to take advantage of the options listed above, please call us at 1-844-280-7657 and we will customize a repayment plan for you.

Please contact the undersigned with respect to any questions or concerns you may have.
Sincerely,
Monique Jones
United Collection Bureau, Inc.

This is an attempt to collect a debt by United Collection Bureau, Inc., a debt collector, and any information obtained will be used for that purpose.

### SEE REVERSE SIDE FOR IMPORTANT INFORMATION

880CU027000CSIFM2

**PLEASE RETURN THIS PORTION WITH PAYMENT. DO NOT ATTACH CHECK TO STUB**
**PLEASE MAKE YOUR PAYMENT PAYABLE TO CITIBANK.**

| | |
|---|---|
| Creditor: | CITIBANK, N.A. |
| Regarding: | CITI MASTERCARD |
| Last Four Digits of Creditor Account Number: | 5559 |
| Account Balance: | $3292.59 |
| United Collection Bureau, Inc. Reference No: | 56500500 |
| United Collection Bureau, Inc. Telephone No: | 1-844-280-7657 |

REMIT TO: 

PO BOX 140310
TOLEDO OH 43614

ADDRESS SERVICE REQUESTED

September 10, 2021

UNITED COLLECTION BUREAU, INC.
PO BOX 140310
TOLEDO OH 43614

CHANA POSNER
580 CROWN ST APT 513
BROOKLYN NY 11213-5358

0056 004118

958224675