UNITED COLLECTION BUREAU, INC.
5620 SOUTHWYCK BLVD SUITE 206
TOLEDO OH 43614

November 11, 2021

1-844-280-7657

CHANA POSNER
580 CROWN ST APT 504
BROOKLYN NY 11213-5390

| | |
|---|---|
| Creditor: | CITIBANK, N.A. |
| Regarding: | CITI MASTERCARD |
| Last Four Digits of Creditor Account Number: | 5559 |
| United Collection Bureau, Inc. Reference Number: | 56500500 |
| Account Balance: | $3292.59 |

Dear CHANA POSNER:

This communication is in regard to your CITI MASTERCARD account.

Great News!!! United Collection Bureau, Inc. acting on behalf of CITIBANK, N.A., is offering you the following settlement offers:

### SETTLEMENT PLAN OPTIONS

**Option #1**   A lump sum payment of $856.07 to settle the account, if received by 11-26-2021.
(Refer to plan 10199535)

**Option #2**   A settlement of $987.78 in six payments. The first payment of $164.63 is to be received by the 26th of this month and five additional payments of $164.63 are to be received by the 26th of each month.
(Refer to plan 10199536)

Upon the timely receipt of the entire agreed upon settlement amount and clearance of funds, this account will be settled and United Collection Bureau, Inc. will report the settlement to your creditor. We are not obligated to renew these offers.

### HOW TO TAKE ADVANTAGE OF ONE OF THE SETTLEMENT PLAN OFFERS???
### 3 Easy Ways to Pay:

- You may call our office toll free at 1-844-280-7657, or if you require Telecommunication Relay Service (TRS), please dial 711. Please refer to reference number 56500500.
  - Mail the bottom tear off portion of this letter and return with your payment. On the reverse side you can select your settlement option.

 Pay online: CONSUMERVIEW.UCBINC.COM     Speak with a representative: 1-844-280-7657

If for any reason you are unable to take advantage of the options listed above, please call us at 1-844-280-7657 and we will customize a repayment plan for you.

Please contact the undersigned with respect to any questions or concerns you may have.

Sincerely,
Monique Jones
United Collection Bureau, Inc.

This is an attempt to collect a debt by United Collection Bureau, Inc., a debt collector, and any information obtained will be used for that purpose.

### SEE REVERSE SIDE FOR IMPORTANT INFORMATION

880CU027000CSIFM2

**PLEASE RETURN THIS PORTION WITH PAYMENT. DO NOT ATTACH CHECK TO STUB.**
**PLEASE MAKE YOUR PAYMENT PAYABLE TO CITIBANK.**

| | |
|---|---|
| Creditor: | CITIBANK, N.A. |
| Regarding: | CITI MASTERCARD |
| Last Four Digits of Creditor Account Number: | 5559 |
| Account Balance: | $3292.59 |
| United Collection Bureau, Inc. Reference No: | 56500500 |
| United Collection Bureau, Inc. Telephone No: | 1-844-280-7657 |

PO BOX 140310
TOLEDO OH 43614

ADDRESS SERVICE REQUESTED

November 11, 2021

═══════ REMIT TO: ═══════

UNITED COLLECTION BUREAU, INC.
PO BOX 140310
TOLEDO OH 43614

0074 001432

CHANA POSNER
580 CROWN ST APT 504
BROOKLYN NY 11213-5390

962559857

1 of 1

